**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,                                      Criminal No. 09-297 (1) (RHK/JJK)

                    Plaintiff,                                           **ORDER**

v.

Sherman Antonio Nelson,

                    Defendant.

The above matter comes before the Court upon Defendant's Objection to the
March 29, 2010 Report and Recommendation of United States Magistrate Judge Jeffrey
J. Keyes in which Judge Keyes has recommended the denial of Defendant's Motion to
suppress certain evidence. Based on the undersigned's de novo review of the Report and
Recommendation and Defendant's Objection thereto, and upon on all of the files,
records, and proceedings herein, including a transcript of the March 22, 2010 Motion
hearing before Judge Keyes, the Court now makes and enters the following Order.

**IT IS ORDERED** that:

1.    Defendant's Objection (Doc. No. 53) is **OVERRULED**;

2.    The Report and Recommendation (Doc. No. 48) is **ADOPTED**; and

3.    Defendant's Motion to Suppress Evidence Obtained as a Result of Search
      and Seizure (Doc. No. 20) is **DENIED**.

Date: June 14, 2010                                   s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge